(Docket Entry No. 75)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ANTHONY WILLIAMS, | : | |
| Plaintiff, | : | Civil No. 05-5706 (RBK) |
| v. | : | **ORDER** |
| JOHN NASH et al., | : | |
| Defendants. | : | |

**THIS MATTER HAVING COME BEFORE THE COURT** on motion for reconsideration by Defendants Ms. De Cardi, Tushar Patel, Vincent Elias, Steve Esposito, Samir Sulayman, Derek Hamel, David Schaaff, and Glen Lawhorn (collectively, "Defendants") of the Court's prior Opinion on Defendants' motion for summary judgment on the complaint of Plaintiff Anthony Williams ("Plaintiff"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the accompanying opinion;

**IT IS HEREBY ORDERED** that Defendants' motion for clarification of the prior Opinion and Order is **GRANTED**, and the Court notes that Defendant De Cardi has not yet been served in her individual capacity, and the motion for summary judgment submitted by Defendants (Docket Entry No. 50) and addressed in the Court's prior Opinion was not submitted on her behalf.

**IT IS FURTHER ORDERED** that Defendants' motion for reconsideration

1

regarding Plaintiff's claims based on his failure to participate in the Financial Responsibility Program **GRANTED**, and Defendant Hamel is **GRANTED** summary judgment on this claim.

**IT IS FURTHER ORDERED** that Defendants' motion for reconsideration regarding the prior Opinion's treatment of Plaintiff's claims of retaliation with regard to his lost time wages is **DENIED**. The Court continues to express no opinion on that particular claim.


Dated:   8-5-08                                             /s/ Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge